# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

      Plaintiff-Appellee,

v

DANIEL DANTE BURCH,

      Defendant-Appellant.

UNPUBLISHED
February 11, 2016

No. 322814
Wayne Circuit Court
LC No. 13-006304-FC

Before: RONAYNE KRAUSE, P.J., and MARKEY and M. J. KELLY, JJ.

M. J. KELLY, J. (*concurring*).

      I concur in the result only.

                                        /s/ Michael J. Kelly